

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to July 17, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:     Michael D. Conner                          Latha Kalakonda
        Michael D Conner - Hirsch & Westheimer PC  5002 Newcastle Ln.
        1415 Louisiana                             San Antonio, TX 78249
        36th Floor
        Houston, TX 77002

        Hari Prasad Kalakonda
        5002 Newcastle Ln.
        San Antonio, TX 78249